**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVION ANDERSON,<br><br>　　　　Defendant. | Case No. 2:24-cr-00248-SPG<br><br>**ORDER** |

//
//
//

1      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadline for pre-trial motions is continued from October 17, 2024 to October 29, 2024 and the deadline for oppositions to pre-trial motions is continued from November 7, 2024 to November 14, 2024.

**IT IS SO ORDERED.**

DATED: October 15, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2